PAUL N. CESARI (BAR NO. 118110)
JOSE A. MONTALVO (BAR NO. 184484)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile: (415) 391-4626
4403-5M9
Attorneys for Defendant
IRENE S. KIVITZ

# UNITED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEEGAN AND BETH KEEGAN | No. CV 04 4470 SI |
| Plaintiffs | **STIPULATION OF PARTIES RE: EXTENSION OF TIME TO SUBMIT PRE-TRIAL CONFERENCE STATEMENT AND MOTIONS IN LIMINE** |
| vs. | |
| IRENE S. KIVITZ | |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned to extend the time by which to file and serve the Pre-Trial Conference Statement, including, motions in limine.

**IT IS SO STIPULATED.**

SIDEMAN & BANCROFT

Dated: 8/16/05

_____
ELIZABETH T. ERHARDT, ESQ.
STEVEN HAMMOND, ESQ.
Attorneys for Plaintiffs/Cross-Defendants

|     |                          |
| --- | ------------------------ |
|     | CESARI, WERNER AND MORIARTY |

Dated: 8/6/05

PAUL N. CESARI, ESQ.
JOSE A. MONTALVO, ESQ.
Attorneys for Defendant Irene Kivitz

Dated: 8-16-05

BECKMAN, MARQUEZ, L.L.P.

RICHARD BECKMAN, ESQ.
Attorneys for Cross-Complainant Irene Kivitz

## ORDER

Based upon the Stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The parties shall file and serve the Pre-Trial Conference Statement no later than __8/30/05__.

2. The parties shall file and serve their respective motions in limine no later than __8/30/05__. Any oppositions to the motions in limine shall be filed and served no later than __9/2/05__.

**IT IS FURTHER ORDERED THAT** _____

Dated: _____

GRANTED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENNIS F. MORIARTY
IAN FRASER-THOMSON
PAUL N. CESARI
ANDREW S. WERNER
STEPHEN L. DAHM
SAMUEL BORT
JOSE A. MONTALVO
JAMES J. PATRICK
KRISTINA L. VELARDE
PATRICK D. MORIARTY

LAW OFFICES OF
# CESARI, WERNER AND MORIARTY
A PROFESSIONAL CORPORATION
360 POST STREET - FIFTH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-4908
TELEPHONE [415] 391-1113

JAMES B. WERNER
(1929-1988)

D. RALPH CESARI
(RETIRED)

FAX [415] 391-4626

WRITERS E-MAIL ADDRESS:
jmontalvo@cwmlaw.com

August 15, 2005

**VIA FACSIMILE AND E-FILE**
Judge Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th Floor
400 Golden Gate Avenue
San Francisco, CA 94102

Re:   Keegan vs. Kivitz
      Case No.: C 04 04470 SI
      Our File No.: 4403-5M9

Dear Judge Illston:

Enclosed please find a stipulation of the parties to extend the time by which to serve and file the Pre-Trial Conference Statement, including the motions in limine, in the above captioned matter.

As I advised Tracey, I had an unexpected death in my family and was required to travel to Los Angeles last week for this purpose. Therefore, with agreement of the parties, we prepared the enclosed stipulation for your consideration.

The parties are requesting that the motions in limine be filed and served no later than August 22nd with the oppositions filed and served by August 26th.

Thank you for your attention to this matter.

Very truly yours,

CESARI, WERNER AND MORIARTY

JOSE A. MONTALVO

JAM:rka
Enclosure

cc:  Steven L. Hammond, Esq.
     Richard Beckman, Esq.