```
 1  PAUL N. CESARI (BAR NO. 118110)
    JOSE A. MONTALVO (BAR NO. 184484)
 2  CESARI, WERNER AND MORIARTY
    360 Post Street, Fifth Floor
 3  San Francisco, CA 94108-4908
    Telephone: (415) 391-1113
 4  Facsimile:  (415) 391-4626
    4403-6M9
 5  Attorneys for Defendant
    IRENE S. KIVITZ
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                              ---oOo---
11  DANIEL KEEGAN AND BETH KEEGAN   )  No. CV 04 4470 SI
                                    )
12              Plaintiffs          )
                                    )  STIPULATION AND ORDER
13       vs.                        )
                                    )  RE: CONTINUANCE OF CASE
14  IRENE S. KIVITZ                 )  MANAGEMENT CONFERENCE
                                    )
15              Defendant           )
                                    )
16                                  )
                                    )
17  _____)
18
19       **IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned that the
20  Case Management Conference scheduled for **October 17, 2005** be continued to a date after
21  the scheduled mediation which is set with Robert Bianco, Esq. for November 2, 2005.
22       **IT IS SO STIPULATED.**
23  _____
24
25
26
27
28  _____

    STIPULATION AND ORDER    RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE
```

```
2                        SIDEMAN & BANCROFT
3
4  Dated: 10/7/05          _____
5                          ELIZABETH T. ERHARDT, ESQ.
                           STEVEN HAMMOND, ESQ.
6                          Attorneys for Plaintiffs/Cross-Defendants

7                        CESARI, WERNER AND MORIARTY
8
9  Dated: 10/7/05          _____
10                         PAUL N. CESARI, ESQ.
                           JOSE A. MONTALVO, ESQ.
11                         Attorneys for Defendant Irene Kivitz

12
13  Dated: 10-10-05         BECKMAN, MARQUEZ, L.L.P.
14
15                         _____
                           RICHARD BECKMAN, ESQ.
16                         Attorneys for Cross-Complainant Irene Kivitz
17
```

## ORDER

Based on the stipulation of the parties hereto, it is hereby ordered as follows:

Good cause appearing, it is hereby ordered that the Case Management Conference scheduled for October 17, 2005 is continued. The new Case Management Conference is scheduled for November 18, 2005 at 2:30 p.m.

**IT IS SO ORDERED.**

Date: _____              _____
                                   JUDGE

[STAMP: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE