IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEEGAN, | No. C 04-04470 SI |
| Plaintiff, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| IRENE S. KIVITZ, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DESIGNATION OF EXPERTS:  Pltf. 2/17/06;  Deft. 3/6/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2006.

PRETRIAL CONFERENCE DATE: April 18, 2006 at 3:30 PM.

JURY TRIAL DATE: May 1, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/6/06

_____
SUSAN ILLSTON
United States District Judge