IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>KIVITZ,<br><br>      Defendant.<br>_____/ | No. C 04-04470 SI<br><br>**ORDER EXTENDING CONDITIONAL DISMISSAL** |

The parties to the action, by their counsel, have advised the court that they have agreed to finalize the settlement.

IT IS HEREBY ORDERED that the original conditional dismissal remain in effect for an additional fourteen days.

Dated: 4/27/06

SUSAN ILLSTON
United States District Judge