1 | PAUL N. CESARI (BAR NO. 118110)
  | JOSE A. MONTALVO (BAR NO. 184484)
2 | CESARI, WERNER AND MORIARTY
  | 360 Post Street, Fifth Floor
3 | San Francisco, CA 94108-4908
  | Telephone: (415) 391-1113
4 | Facsimile: (415) 391-4626
  | 4403-5M9
5 | Attorneys for Defendant
  | IRENE S. KIVITZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANIEL KEEGAN AND BETH KEEGAN | ) No. C 04-04470 SI |
|---|---|
| Plaintiffs | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| IRENE S. KIVITZ | ) **EXPUNGE DOCUMENTS FROM** |
|  | ) **COURT'S RECORD AND DOCKET** |
| Defendant | ) |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that, the filing by plaintiffs Daniel and Elizabeth Keegan on April 20, 2006 of the documents entitled :

"SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE by Daniel Keegan, Daniel Keegan. (Hammond, Steven) (Filed on 4/20/2006) (Entered: 04/20/2006)"

**(Item Number 58)**

SETTLEMENT AGREEMENT [MUTUAL RELEASE AND SETTLEMENT OF ALL CLAIMS ] by Daniel Keegan, Daniel Keegan. (Hammond, Steven) (Filed on 4/20/2006)

-1-

1  (Entered: 04/20/2006) **(Item Number 59)**, and

2  Letter from Steven L. Hammond Re Settlement Agreement. (Hammond, Steven) (Filed on

3  4/20/2006) (Entered: 04/20/2006) **(Item Number 60)**,

4  be expunged from this court's records and docket in their entirety.

5

6  **IT IS SO STIPULATED.**

7  Dated: 4/28/06                                    SIDEMAN & BANCROFT

8

9                                                   _____
                                                    Stephen Hammond, Esq.
10                                                  Attorneys for Plaintiffs
                                                    Daniel and Elizabeth Keegan
11

12  Date: 4/28/06                                   CESARI, WERNER AND MORIARTY

13

14

15                                                  _____
                                                    PAUL N. CESARI, Esq.
16                                                  JOSE A. MONTALVO, Esq.
                                                    Attorneys for Defendant Irene Kivitz
17

18

19  _____

20  **IT IS HEREBY ORDERED** that the filings by plaintiffs of the following documents

21  entitled:

22  "SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE by Daniel

23

24  Keegan, Daniel Keegan. (Hammond, Steven) (Filed on 4/20/2006) (Entered: 04/20/2006)"

25  **(Item Number 58)**

26

27                                              -2-

28

SETTLEMENT AGREEMENT [MUTUAL RELEASE AND SETTLEMENT OF ALL CLAIMS ] by Daniel Keegan, Daniel Keegan. (Hammond, Steven) (Filed on 4/20/2006) (Entered: 04/20/2006) **(Item Number 59)**, and

Letter from Steven L. Hammond Re Settlement Agreement. (Hammond, Steven) (Filed on 4/20/2006) (Entered: 04/20/2006) **(Item Number 60)**,

be expunged from the court's record and docket in their entirety.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Judge